IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRIS J. SILAGI, | ) No. C 14-4795 RMW (PR) |
| Plaintiff, | ) ORDER OF TRANSFER |
| v. | ) |
| BROWN, et al., | ) |
| Defendants. | ) |

Plaintiff, who is currently housed in California Medical Facility, filed a federal civil rights complaint pursuant to 42 U.S.C. § 1983. The acts complained of occurred in Vacaville, which lies within the venue of the Eastern District of California. Therefore, venue properly lies in the Eastern District. See 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED: 

RONALD M. WHYTE
United States District Judge

Order of Transfer
P:\PRO-SE\RMW\CR.14\Silagi795trans.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRIS SILAGI,<br><br>                    Plaintiff,<br><br>   v.<br><br>JERRY BROWN et al,<br><br>                    Defendant.<br>_____ / | Case Number: CV14-04795 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 12, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jarris J. Silagi AP-0149
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696-2000

Dated: February 12, 2015

                                        Richard W. Wieking, Clerk
                                        By: Jackie Lynn Garcia, Deputy Clerk